**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
COVINGTON DIVISION**

IN RE

DAVID A. ROBERTS                                                                                          CASE NO. 19-20345

DEBTOR

**ORDER**

This matter was scheduled for confirmation hearing before the Court on June 11, 2019, pursuant to the Order Continuing Confirmation Hearing [ECF No. 24]. On June 5, 2019, Dolores L. Dennery, Esq., counsel for Debtor, filed a Motion to Continue Confirmation Hearing [ECF No. 28]. On June 6, 2019, an Order Granting the Motion and Continuing Confirmation Hearing to July 23, 2019 was entered [ECF No. 29].

On June 6, 2019, Debtor David A. Roberts appeared at the Court for his confirmation hearing. After sitting through the entire Covington hearing docket, and upon the Court asking if there were any other matters before the Court that were not called, Mr. Roberts advised that he was present but that his attorney was not in the courtroom. The Court relayed that his confirmation hearing had been continued. Mr. Roberts advised that his counsel had failed to communicate that information to him. Mr. Roberts further stated that he had taken time off from work to attend the confirmation hearing. The Court having considered same and being sufficiently advised,

It is ORDERED that Dolores L. Dennery, Esq. shall appear at a show cause hearing to be held at **10:00 a.m. on July 23, 2019, at 10:00 a.m., in the U. S. Bankruptcy Court, United States Courthouse, 35 West 5th Street, Suite 306, Covington, Kentucky,** and show cause as to why monetary or other sanctions should not be imposed for her failure to

communicate to Debtor the continuance of the June 6, 2019 confirmation hearing, which resulted in him unnecessarily taking time off from work to attend a confirmation hearing that was no longer going forward. In light of Mr. Roberts' attendance on June 6, 2019, the Court will not require his attendance at the continued July 23, 2019 confirmation hearing, although Mr. Roberts may appear upon consultation with his counsel.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Friday, June 14, 2019**
**(tnw)**